UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Irmaris Carvajal, Individually and as the
Administratrix of the Estate of Franklin Arturo
Carvajal, Deceased,

        Plaintiff,

vs.

United States of America,

        Defendant.

\_\_\_\_\_CV_____

**COMPLAINT & JURY DEMAND**

---

Plaintiff, Irmaris Carvajal, Individually and as Administratrix of the Estate of Franklin Arturo Carvajal, by and through her attorneys, The New York Injury & Malpractice Law Firm, P.C., as and for a Complaint against the defendant, alleges that at all times hereinafter mentioned:

1. Defendant, United States of America, issued pursuant to the Federal Tort Claims Act, 28 U.S.C. sections 1346(b), 2671-2680, for the negligent acts and omissions of its employees acting within the scope of their employment at Finger Lakes Migrant Health Care Project, Inc.

2. This Court has jurisdiction over this action under 28 U.S.C. sections 1346(b) and 2671-2680, in that the claims are for money damages caused by the negligent acts and omissions of the employees of the United States acting within the scope of their employment, under circumstances, where the United States, if a private person, would be liable to the plaintiff in accordance with the law of the State of New York.

3.  Venue is proper in this judicial district pursuant to 28 U.S.C. section 1402(b) because the plaintiff resides here.

4.  Plaintiff has satisfied all jurisdictional prerequisites under the FTCA by presenting a timely written claim for damages to the appropriate federal agency pursuant to 28 U.S.C. section 2675(a).

5.  Six months have passed without final disposition of the claim, thereby deeming the claim denied by operation of law.

6.  Plaintiff, Irmaris Carvajal, was the wife of the decedent, Franklin Arturo Carvajal.

7.  Decedent, Franklin Arturo Carvajal, died on July 14, 2024.

8.  Plaintiff, Irmaris Carvajal resides in the County of Sullivan and State of New York.

9.  On November 12, 2024, plaintiff, Irmaris Carvajal, was appointed as Administratrix of the Estate of Franklin Arturo Carvajal by the Honorable Barry L. Prosch, Justice of the Seneca County Surrogate's Court.

10. The aforementioned Letters of Administration remain in full force and effect at the present time.

11. Finger Lakes Migrant Health Care Project, Inc. was and still is a Federally Qualified Health Center (FQHC) which is a community-based organization that provides comprehensive primary care and preventative care to patients.

10. Finger Lakes Migrant Health Care Project, Inc. was and still is the owner of a health care facility located at 601 B W Washington Street, Geneva, New York 14456.

11. Finger Lakes Migrant Health Care Project, Inc. owned, operated, controlled and managed a health care facility for the care and treatment of patients known as Geneva Community Health Clinic located at 601 B W Washington Street, Geneva,

New York which provided personnel, including doctors, nurses, attendants and others for the care and treatment of its patients and which held itself out to the public as furnishing treatment facilities where patients could be treated, including the plaintiff's decedent, Franklin Arturo Carvajal.

12. Finger Lakes Migrant Health Care Project, Inc. was the employer of Pedro Gonzalez, M.D.

13. Finger Lakes Migrant Health Care Project, Inc. was the employer of Janine Brink, F.N.P.

14. Pedro Gonzalez, M.D. is a physician duly licensed to practice medicine in the State of New York.

15. Pedro Gonzalez, M.D., held himself out to the general public in Geneva, New York and its environs to be a competent and skilled medical doctor specializing in the field of internal medicine.

16. Pedro Gonzalez, M.D. was engaged in the practice of internal medicine.

17. Upon information and belief, Pedro Gonzalez, M.D. maintains a place of employment and/or business located at Geneva Community Health Clinic located at 601 B W Washington Street, Geneva, New York 14456.

18. Pedro Gonzalez, M.D. was an employee, agent, servant and/or independent contractor of Finger Lakes Migrant Health Care Project, Inc.

19. Pedro Gonzalez, M.D. was an employee, agent, servant and/or independent contractor of Geneva Community Health Clinic.

20. At all times material hereto, Pedro Gonzalez, M.D. was acting in the furtherance of his employment with Finger Lakes Migrant Health Care Project, Inc.

21. At all times material hereto, Pedro Gonzalez, M.D. was acting in the furtherance of his employment with Geneva Community Health Clinic.

22. Janine Brink, F.N.P. is a family nurse practitioner duly licensed to practice in the State of New York.

23. Janine Brink, F.N.P. held herself out to the general public in Geneva, New York and its environs to be a competent and skilled nurse practitioner.

24. Upon information and belief, Janine Brink, F.N.P. maintains a place of employment and/or business located at Geneva Community Health Clinic, 601 B W Washington Street, Geneva, New York 14456.

25. Janine Brink, F.N.P. was an employee, agent, servant and/or independent contractor of Finger Lakes Migrant Health Care Project, Inc.

26. Janine Brink, F.N.P. was an employee, agent, servant and/or independent contractor of Geneva Community Health Clinic.

27. At all times material hereto, Janine Brink, F.N.P. was acting in the furtherance of her employment with Finger Lakes Migrant Health Care Project, Inc.

28. At all times material hereto, Janine Brink, F.N.P. was acting in the furtherance of her employment with Geneva Community Health Clinic.

29. The incident complained of herein occurred between July 1, 2021, through July 14, 2024, at the medical facility, Finger Lakes Migrant Health Care Project, Inc., also known as Geneva Community Health Clinic, located at 601 B W Washington Street, Geneva, New York 14456.

30. From July 16, 2021, through July 15, 2024, plaintiff's decedent, Franklin Arturo Carvajal, was a patient at Finger Lakes Migrant Health Care Project, Inc., also

known as Geneva Community Health Clinic, and was treated by Pedro Gonzalez, M.D. and Janine Brink, F.N.P.

31. From July 16, 2021, through July 15, 2024, Pedro Gonzalez, M.D., rendered medical care, treatment and examinations to plaintiff's decedent, Franklin Arturo Carvajal.

32. From July 16, 2021, through July 15, 2024, Janine Brink, F.N.P., rendered medical care, treatment and examinations to plaintiff's decedent, Franklin Arturo Carvajal.

33. Plaintiff's decedent, Franklin Arturo Carvajal, received nursing care, treatment, examinations, and assessment through Finger Lakes Migrant Health Care Project, Inc. also known as Geneva Community Health Clinic, whose employees are deemed employees of the United States for purposes of the FTCA.

## AS AND FOR A FIRST CAUSE OF ACTION

34. Plaintiff repeats and realleges those allegations in the complaint marked and designated as paragraphs "1" through "33" above, with the same force and effect as if more fully set forth herein, and further alleges:

35. Finger Lakes Migrant Health Care Project, Inc., Pedro Gonzalez, M.D. and Janine Brink, F.N.P., carelessly and negligently rendered medical and nursing care and treatment to the plaintiff's decedent, Franklin Arturo Carvajal which care, and treatment was not in accordance with good and accepted medical and nursing practice.

36. By reason of the above, plaintiff's decedent, Franklin Arturo Carvajal was caused to sustain severe and irreparable personal injuries and damages.

37. By reason of the foregoing, plaintiff, Irmaris Carvajal, Individually and as Administratrix of the Estate of Franklin Arturo Carvajal, has been damaged in an amount to be determined at trial.

## AS AND FOR A SECOND CAUSE OF ACTION

38. Plaintiff repeats and realleges those allegations in the complaint marked and designated as paragraphs "1" through "37" above, with the same force and effect as if more fully set forth herein, and further alleges:

39. As a result of the injuries sustained by the plaintiff's decedent arising from the negligence of the defendant, Franklin Arturo Carvajal died on July 14, 2024.

40. By reason of the foregoing, plaintiff, Irmaris Carvajal, Individually and as Administratrix of the Estate of Franklin Arturo Carvajal, has been damaged in an amount to be determined at trial.

## AS AND FOR A THIRD CAUSE OF ACTION

41. Plaintiff repeats and realleges those allegations in the complaint marked and designated as paragraphs "1" through "40" above, with the same force and effect as if more fully set forth herein, and further alleges:

42. Plaintiff, Irmaris Carvajal is the wife of Franklin Arturo Carvajal, and as such, is entitled to the services, society and companionship of her husband, Franklin Arturo Carvajal.

43. By reason of the above, plaintiff, Irmaris Carvajal has been and continues to be deprived of the services, society and companionship of her husband, Franklin Arturo Carvajal.

44. By reason of the foregoing, plaintiff, Irmaris Carvajal, Individually and as Administratrix of the Estate of Franklin Arturo Carvajal, has been damaged in an amount to be determined at trial.

**WHEREFORE**, the plaintiff demands judgment against the defendants:

(a) On the first cause of action, damages in an amount to be determined at trial;

(b) On the second cause of action, damages in an amount to be determined at trial;

(c) On the third cause of action, damages in an amount to be determined at trial;

(d) Together with the costs and disbursements of this action, and such other and further relief as the Court deems appropriate.

Dated: Wednesday, August 13, 2025

_____
John H. Fisher
The New York Injury & Malpractice Law Firm, P.C.
USDC SDNY Bar Roll # JF3443
Attorneys for Plaintiff
278 Wall Street
Kingston, New York 12407
(845) 303-1000